

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2016

No. 04-16-00206-CV

**IN THE INTEREST OF J.G.A. AND M.A.A., CHILDREN,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01023
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

In this accelerated appeal of the March 22, 2016 order terminating Appellant's parental rights, Appellant's brief was due on May 5, 2016. *See* TEX. R. APP. P. 38.6(a). On the brief's due date, Appellant filed a motion for a twenty-one-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant's brief is due on May 26, 2016. *See id.* Further motions for extension of time to file Appellant's brief are discouraged. *See* TEX. R. JUD. ADMIN. 6.2, (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court